**IT IS HEREBY ADJUDGED and DECREED this is DENIED as MOOT.**

**Dated: October 13, 2009**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Nicholas I. Fuerst #016184
1930 S. Alma School Road
Suite B-112
Mesa, AZ 85210
480-755-4242
480-755-0658
Nicholas.Fuerst@azbar.org

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: ) Case No.: 2:09-bk-22047-RTB
)
MICHAEL ANTHONY MOSCHETTA, ) ORDER REINSTATING
)
Debtor )
)
)
_____ )

The Debtor's motion to reinstate having come before the Court, for reasons stated in Debtor's motion and for good cause show, IT IS HEREBY

ORDERED that the Debtor's case is REINSTATED.

Dated _____          _____
                                                        U.S. Bankruptcy Judge

*[MOOT watermark across document]*